■ In the Matter of INGE ABDALLAH, Appellant, v. THOMAS ABDALLAH, Respondent.— *Per Curiam.* The action of the Family Court seems clearly coercive and on that account improper. Further, there was no jurisdiction to entertain the question of custody. Order reversed, on the law and the facts, and case remitted to the Family Court to grant relief in pursuance of the petition; with costs to appellant. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.